1  Chadwick J. Bradbury, Bar No. 188123
   LAW OFFICES OF CHADWICK J. BRADBURY
2  41-945 Boardwalk, Suite A
   Palm Desert, CA 92211
3
   Phone:        (760) 779-0076
4  Fax:          (760) 779-1806

5  Attorney for Plaintiff: Beverly Williamson

6                                                              JS-6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE CENTRAL DISTRICT OF CALIFORNIA

9                                                    FMO
                                    ) Case No. CV 11-08883 ~~DSF~~ (Ex)
10 BEVERLY WILLIAMSON,               ) Judge: Hon. ~~Dale S. Fischer~~
                                     )
11                                   )
               Plaintiff,            ) NOTICE OF SETTLEMENT AND
12                                   ) STIPULATION OF DISMISSAL ;
   vs.                               ) ORDER
13                                   )
                                     )
14 FRONTIER BANK, FSB, EL PASEO      )
   BANK; WESTERN BANCSHARES, INC.,   )
15 AND DOES 1 THROUGH 20; INCUSIVE;  )
                                     )
16                                   )
               Defendants.           )
17                                   )
                                     )
18                                   )
                                     )
19 ─────────────────────────────────

20

21     IT IS HEREBY STIPULATED by and between the parties to this action through

22 their designated counsel that the above-captioned action has been settled, and hereby is

23 dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

24
25 //

26 //

27
28
                                        1
              NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL

| | | |
|---|---|---|
| Dated: 3/28/2013 | | THE LAW OFFICES OF CHADWICK J. BRADBURY |

By: ‖ CHADWICK J. BRADBURY ‖
    CHADWICK J. BRADBURY
    Attorney for Plaintiff
    BEVERLY WILLIAMSON

MUELLER/OLIVIER/WHITTAKER LLP

By: /s/ VINCENT WHITTAKER
    VINCENT R. WHITTAKER
    JULIE ROSSER
    Attorneys for Defendants
    FRONTIER BANK, FSB dba
    EL PASEO BANK and
    WESTERN COMMUNITY BANCSHARES,

IT IS SO ORDERED.

DATED: April 3, 2013 _____

/s/ Fernando M. Olguin
_____
UNITED STATES DISTRICT JUDGE