Chadwick J. Bradbury, Bar No. 188123
LAW OFFICES OF CHADWICK J. BRADBURY
41-945 Boardwalk, Suite A
Palm Desert, CA 92211

Phone:        (760) 779-0076
Fax:          (760) 779-1806

Attorney for Plaintiff: Beverly Williamson

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY WILLIAMSON,<br><br>    Plaintiff,<br><br>vs.<br><br>FRONTIER BANK, FSB, EL PASEO BANK; WESTERN BANCSHARES, INC., AND DOES 1 THROUGH 20; INCUSIVE;<br><br>    Defendants. | FMO<br>Case No. CV 11-08883 ~~DSF~~ (Ex)<br>Judge: Hon. ~~Dale S. Fischer~~<br><br>NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL ; ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action has been settled, and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

/ /

/ /

---

1

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

| | |
|---|---|
| Dated: 3/28/2013 | THE LAW OFFICES OF CHADWICK J. BRADBURY |

By:   ‖ CHADWICK J. BRADBURY ‖
    CHADWICK J. BRADBURY
    Attorney for Plaintiff
    BEVERLY WILLIAMSON


MUELLER/OLIVIER/WHITTAKER LLP


By: /s/ VINCENT WHITTAKER
    VINCENT R. WHITTAKER
    JULIE ROSSER
    Attorneys for Defendants
    FRONTIER BANK, FSB dba
    EL PASEO BANK and
    WESTERN COMMUNITY BANCSHARES,

IT IS SO ORDERED.

DATED: April 3, 2013 _____

/s/ Fernando M. Olguin
_____
UNITED STATES DISTRICT JUDGE